**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**UNITED STATES OF AMERICA**

**VS.**

**VANTIOUS WHITE,**

           **Defendant**

NO. 5: 08-CR-49 (CAR)

VIOLATIONS: **Firearms Related**

# ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Ms. Demetria Nicole Williams of the Federal Defenders Office; the United States was represented by Assistant U. S. Attorney Michael T. Solis. Based upon the evidence proffered to the court by counsel for the parties and the contents of the Pretrial Services Report dated August 11, 2008, as well as argument and comments of counsel, I conclude that the following facts require the detention of the defendant pending the trial of this case.

## PART I - FINDINGS OF FACT

☐ **(1) There is PROBABLE CAUSE to believe that the defendant has committed an offense**

    ☐ **for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.**

    ☐ **under 18 U.S.C. §924(c).**

☐ **(2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.**

### ALTERNATIVE FINDINGS

☐ **(1) There is a serious risk that the defendant will not appear.**

☒ **(2) There is a serious risk that the defendant will endanger the safety of another person or the community.**

## PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, including Government's Exhibits #1, #2, #3, and #4, all admitted without objection, as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office dated August 11, 2008, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the safety of the community were defendant WHITE to be released from custody at this time. Defendant WHITE is a lifelong resident of Bibb County, Georgia. He has strong family ties to the Middle Georgia area. He has been in state custody since November of 2007. The offenses charged against him are serious ones for which long-term imprisonment may be imposed in the event of a conviction after trial or a plea of guilty. His estimated guideline sentencing range is 188 months to 235 months in prison if convicted. The weight of evidence against him is strong; in a statement to Sgt. MacDonald of the Macon Police Department given December 13, 2007, he admitted to possessing a pistol and firing a shot on during the altercation which led to the indictment herein.

Defendant WHITE has a history of criminal arrests and convictions going back to 2001. He was convicted of two counts of OBSTRUCTION OF AN OFFICER and making TERRORISTIC THREATS in January of 2002 in the Superior Court of Dodge County, Georgia; and, AGGRAVATED ASSAULT, 2007, Superior Court of Bibb County, Georgia. In addition, he has a history of both probation and parole revocations

The defendant has a history of drug usage: according to the defendant, he first used marijuana at the age of 13 and continued usage on a daily basis with his last usage occurring in June of 2007.

For the foregoing reasons, the undersigned finds that defendant WHITE would pose a serious danger to the community were he to be released from custody. He has exhibited a propensity to involve himself in violent criminal behavior over the past seven years. Pretrial detention is thus mandated. IT IS SO ORDERED AND DIRECTED.

## PART III - DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 15th day of AUGUST, 2008.

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**